IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ERNEST BELLAMY,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.                                                  CASE NO. 1D14-1189

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed July 14, 2014.

An appeal from the Circuit Court for Taylor County.
Gregory S. Parker, Judge.

Ernest Bellamy, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

WOLF, ROBERTS, and ROWE, JJ., CONCUR.